Glenn R. Kantor – State Bar No. 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Jerry Ragain

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JERRY RAGAIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY<br><br>　　　　Defendant. | CASE NO:  8:22-cv-02003-FWS(KESx)<br><br>NOTICE OF SETTLEMENT<br><br>Trial Date:  3-5-24 |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in this matter. The parties anticipate completing the exchange of settlement documents, and filing a dismissal with the Court, within the next thirty (30) days. The parties request that the Court retain jurisdiction of this case during said thirty (30) day period.

DATED:  January 16, 2024　　　　　　　　KANTOR & KANTOR, LLP

　　　　　　　　　　　　　　　　　　　　By:  /s/ *Glenn R. Kantor*
　　　　　　　　　　　　　　　　　　　　Glenn R. Kantor,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Jerry Ragain