1  ROBERT E. HESS (SBN 178042)
   rhess@maynardnexsen.com
2  MAYNARD NEXSEN, LLP
   10100 Santa Monica Boulevard, Suite 550
3  Los Angeles, CA 90067
   Telephone:  310-596-4500
4
5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE
6  COMPANY

7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10

11 | JERRY RAGAIN, | Case No. 8:22-cv-02003-FWS (KES) |
12 | Plaintiff, | (Honorable Fred W. Slaughter) |
13 | vs. | |
14 | METROPOLITAN LIFE INSURANCE COMPANY, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
15 | | |
16 | Defendant. | Complaint Filed: 11/1/22<br>Bench Trial Date: 2/27/24 |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure Rule 41(a), and following the settlement of this matter, Plaintiff Jerry Ragain and Defendant Metropolitan Life Insurance Company by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice.  The parties further stipulate that each party shall bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

DATED:  April 2, 2024                         MAYNARD NEXSEN, LLP

By: */s/ Robert Hess*
ROBERT E. HESS
Attorneys for Defendant
METROPOLITAN LIFE
INSURANCE COMPANY

DATED:  April 2, 2024                         KANTOR & KANTOR, LLP

By: */s/ Glenn R. Kantor*
GLENN R. KANTOR
Attorney for Plaintiff JERRY RAGAIN

## Signature Attestation

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signatures to this document.

*/s/ Robert Hess*
ROBERT HESS

# CERTIFICATE OF SERVICE

*Jerry Ragain v. Metropolitan Life Insurance Company*

Case No. 8:22-cv-02003-FWS (KES)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Blvd., Suite 550, Los Angeles, CA 90067.

On **April 2, 2024**, I served the document(s) entitled, **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**, on the interested parties in this action as follows:

Glenn R. Kantor
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Tel.: (818) 886-2525/
Fax: (818) 350-6272
Email: gkantor@kantorlaw.net
*Attorneys for Plaintiff Jerry Ragain*

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **April 2, 2024** at Los Angeles, California.

*Patricia Bronstrup* (signature)

Patricia Bronstrup